**No. 215. Deaton Truck Line, Inc. v. United States et al.**
October 8, 1945. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. (1) *United States* v. *Hancock Truck Lines,* 324 U. S. 774. (2) *United States* v. *Carolina Carriers Corp.,* 315 U. S. 475. *Mr. Francis H. Hare* for

appellant. *Assistant Solicitor General Cox* and *Mr. Daniel W. Knowlton* for appellees.